EXHIBIT A

| | |
|---|---|
| DISTRICT COURT, COUNTY OF EL PASO<br>STATE OF COLORADO<br>270 S Tejon, Colorado Springs, CO 80903 | DATE FILED: July 3, 2024 11:17 AM<br>FILING ID: 4417C58539A25<br>CASE NUMBER: 2024CV31235 |
| PLAINTIFF: **KATHLEEN S. SULLIVAN**<br><br>v.<br><br>DEFENDANT: **WALMART INC.** | |
| Attorney for Plaintiff:<br>Jeffrey Scott Lasswell, P.C.<br>Jeffrey Scott Lasswell, #33390<br>104 S Cascade Avenue, Suite 202<br>Colorado Springs, CO 80903<br>Phone Number: (719) 635-1245<br>FAX : (719) 389-1353<br>E-mail : lasswell@jslpc.com | Case Number:<br><br>Division: |
| **COMPLAINT** | |

COMES NOW Plaintiff, by and through her attorney, Jeffrey Scott Lasswell, P.C., and for her Complaint against Defendant, states and alleges:

## JURISDICTION AND VENUE

1. Plaintiff is a resident of the State of Colorado.

2. Defendant is an Arkansas corporation currently operating in the State of Colorado.

3. Venue is proper under *C.R.C.P. 98(c)* in that the events described below happened in El Paso County, Colorado.

## BACKGROUND AND FACTS

4. On August 12, 2022, Defendant allowed a pool of clear liquid to be on the floor in one of the aisles where customers are invited and expected to walk at its store located on South 8th Street in Colorado Springs, Colorado.

5. While Plaintiff was a customer of Defendant at that store, she was caused to slip and fall in the clear liquid.

6. As a result of slipping and falling, Plaintiff suffered bodily injuries and damages.

EXHIBIT A

**FIRST CLAIM FOR RELIEF – C.R.S. §13-21-115**

7. Plaintiff restates all the above as if fully set forth.

8. On the date of the fall, Plaintiff was a customer of Defendant.

9. Defendant owed Plaintiff a duty to not unreasonably fail to exercise reasonable care to protect against dangers of which it actually knew or should have known.

10. Defendant breached that duty by failing to exercise reasonable care. Specifically, by failing to ensure the floor in the aisle was safe for its customers, by allowing a clear liquid to be on the floor, by not timely cleaning up the liquid and by failing to warn customers of the liquid.

11. As a result of Defendant's unreasonable failures and breaches, Plaintiff was caused to slip and fall, incurring injuries and damages.

12. As a result of her injuries and damages, Plaintiff has, among other things, temporary and permanent injuries and disabilities, temporary and permanent physical impairment and loss of enjoyment of life, has incurred medical bills and other economic damages, and has suffered pain and suffering.

WHEREFORE Plaintiff respectfully moves this Honorable Court to enter judgment in her favor and against Defendant, for all damages allowed by law, including economic and non-economic damages, costs herein expended, for expert witness fees, and interest, all as provided by law from the date this action accrued to the date of satisfaction of the judgment, and as otherwise may be provided for by law, and for such other and further relief deemed just.

**JURY DEMAND**

Plaintiff does not demand a jury trial.

EXHIBIT A

Respectfully submitted on July 3, 2024, by:

JEFFREY SCOTT LASSWELL, P.C.

*/s/ Jeffrey Scott Lasswell*
Jeffrey Scott Lasswell, #33390
Attorney for Plaintiff

*In accordance with C.R.C.P. 121 § 1-29(9) a printed copy of this document with original signatures is being maintained by the filing party and will be made available for inspection by other parties or the court upon request.*